JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN TOBIAS ZAMORA,<br><br>        Petitioner,<br><br>v.<br><br>FCC LOMPOC WARDEN,<br><br>        Respondent. | Case No. 2:23-cv-08622-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Respondent's Unopposed Motion to Dismiss Petition, **IT IS ADJUDGED** that the petition and this action under 28 U.S.C. § 2241 are dismissed without prejudice.

DATED: February 20, 2024

_____
STEVE KIM
United States Magistrate Judge